```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KENNETH TROY NASH JR., et al.,                              :
                                                            :
                              Plaintiffs,                   :
                                                            :            20-cv-9821 (VSB)
              -against-                                     :
                                                            :                 ORDER
FINKELSTEIN MEMORIAL LIBRARY, et                            :
al.,                                                        :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant East Ramapo Central School District's ("School District") letter, dated December 17, 2020, requesting that this action be reassigned to the courthouse in White Plains, New York.  (Doc. 9.)  If Plaintiff or the remaining defendants would like to respond to the School District's letter, they are directed to do so by December 29, 2020.  Accordingly, it is hereby:

      ORDERED that Plaintiff and the remaining defendants file any responses to the School District's letter, in a letter not to exceed three (3) pages, by December 29, 2020.

SO ORDERED.

Dated: December 18, 2020
       New York, New York

*Vernon S. Broderick*
United States District Judge